IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERNELL DANTZLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACTS RETIREMENT | : | |
| LIFE COMMUNITIES, INC., | : | No. 16-1961 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **23rd** day of **August, 2017**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, Defendant's Motion for Sanctions, and for the reasons provided in this Court's Memorandum dated August 23, 2017, it is **ORDERED** that:

1. Defendant's Motion for Leave to File a Reply Brief (Document No. 25) is **GRANTED**.

2. Defendant's Motion for Summary Judgment (Document No. 18) is **GRANTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff on all claims.

4. Defendant's Motion for Sanctions (Document No. 26) is **DENIED**.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**